# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cv-00360-MR

| | |
|---|---|
| **RODNEY E. JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **NCDAC OFFICIALS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's "Former Case Dismissed Without Prejudice Documents Requested to be Returned." [Doc. 23].

Pro se Plaintiff Rodney E. Jones ("Plaintiff") filed this action on November 4, 2020. [Doc. 1]. The Court dismissed Plaintiff's case without prejudice on February 2, 2021 for the reasons stated in that Order. [Doc. 15]. Plaintiff now asks the Court to return all documents filed in this case, "for it is an act of prejudice for this Court to hold onto Petitioner's documents which are evidence of Defendants [*sic*] wrong." [Doc. 23]. Plaintiff's motion will be denied. It is Plaintiff's responsibility, not this Court's, to retain original copies of Plaintiff's documents. Moreover, the Clerk has mailed Plaintiff a copy of every document originating with the Court or the Clerk. Also, on

Plaintiff's filing of this motion, the Clerk mailed Plaintiff a copy of the updated docket sheet in this matter.

## ORDER

**IT IS THEREFORE ORDERED** that Plaintiff's motion [Doc. 23] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 19, 2021

Martin Reidinger
Chief United States District Judge