# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cv-00360-MR

| | |
|---|---|
| RODNEY E. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| NCDAC OFFICIALS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's letter. [Doc. 25].

Pro se Plaintiff Rodney E. Jones ("Plaintiff"), a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution, filed this action on November 4, 2020. [Doc. 1; see Doc. 5]. The Court dismissed Plaintiff's case without prejudice on February 2, 2021 for the reasons stated in that Order.[1] [Doc. 15]. On May 13, 2021, Plaintiff filed an uncaptioned letter, which was filed under seal in this action. [Doc. 25]. In this letter, which is improperly directed to the Clerk, this Court, and the United States Attorney [see Doc. 3 at ¶¶ 4-5], Plaintiff requested the "NCDPS Prisons to place [him] at the PCON Unit, to prevent irreparable harm or

---

[1] In short, Plaintiff appeared to seek habeas relief and relief under 42 U.S.C. § 1983. [See Doc. 15].

death." [Id. at 2]. Because the substance of the letter is wholly unrelated to the substance of this dismissed action, the Court delayed in addressing the letter in the event Plaintiff promptly filed a new action to which a motion for preliminary injunctive relief might attach. No such action has been filed. As such, to the extent Plaintiff seeks an order granting injunctive relief in his letter, the Court will deny this motion. The Court is without authority to grant Plaintiff the relief he seeks under the facts and circumstances here.

## ORDER

**IT IS THEREFORE ORDERED** that Plaintiff's motion [Doc. 25] is **DENIED**.

**IT IS SO ORDERED.**

Signed: June 18, 2021

Martin Reidinger
Chief United States District Judge